DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMOND FITZGERALD McDANIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2205

[February 25, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 12-004043CF10A.

Jermond Fitzgerald McDaniel, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***